UNITED STATES of America, Plaintiff–Appellee

v.

Harry Gilberto PIOQUINTO–NARCIZO, also known as Giovanni Perez–Hernandez, also known as Harry Gilberto Perez, Defendant–Appellant.

United States of America, Plaintiff–Appellee

v.

Harry Pioquinto–Narcizco, also known as Giovani Perez–Hernandez, Defendant–Appellant.

Nos. 09–10749, 09–10750
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 20, 2010.

Amanda R. Burch, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, David E. Sloan, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Harry Gilberto Pioquinto–Narcizco, Oakdale, LA, pro se.

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Harry Gilberto Pioquinto–Narcizco has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pioquinto–Narcizco has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.